# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4317
_____

MARIBEL GALVAN, R.N.,

Petitioner,

v.

FLORIDA DEPARTMENT OF
HEALTH,

Respondent.

_____

Petition for Writs of Prohibition and Mandamus–Original
Jurisdiction.

November 9, 2018

PER CURIAM.

DENIED.

WETHERELL, MAKAR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andre A. Gibson, North Miami Beach, for Petitioner.

Christine E. Lamia, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Respondent.